IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-66 |
| | ) |
| RICHARD O. TOLSON, | ) |
| | ) |
| Defendant. | ) |

**REDACTED**

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about April 8, 2006, in the District of Delaware, Richard O. Tolson, the defendant, knowingly did possess a firearm, that is, a .38 caliber revolver, manufactured by Rossi, Amadeo and Co., serial no. AA356157, which had been transported in interstate commerce to Delaware, having been convicted in Superior Court for Kent County, Delaware, on or about November 1, 1999, of trafficking in cocaine, an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 6-6-06



FILED
JUN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE