*Filed in Open Court 10/26/06*
(ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06-66 |
| RICHARD O. TOLSON, | ) ) ) |
| Defendants. | ) |

### MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the entire file as to the above-captioned defendant.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-26-06

IT IS SO ORDERED this 26 day of October, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court

FILED
OCT 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE