AO 442   (Rev. 10/03) Warrant for Arrest

REDACTED

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

RICHARD O. TOLSON

**WARRANT FOR ARREST**

Case Number: CR 06-66-UNA

To: The United States Marshal
and any Authorized United States Officer

~~SEALED~~ Unsealed (ew)
10/26/06

YOU ARE HEREBY COMMANDED to arrest    RICHARD O. TOLSON
                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

FILED
OCT 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title    18    United States Code, Section(s)    922(g)(1) and 924(a)(2)

PETER T. DALLEO                             BY: [signature] DEPUTY CLERK
Name of Issuing Officer                           Signature of Issuing Officer

CLERK OF COURT                           6/6/2006 AT WILMINGTON, DE
Title of Issuing Officer                             Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DOVER DE

| DATE RECEIVED 10-6-06 | NAME AND TITLE OF ARRESTING OFFICER K. HENDERSON, DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10-26-06 | | |