UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-66-SLR |
| | : | |
| Richard O. Tolson, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Eleni Kousoulis, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Richard O. Tolson, in the above-captioned matter.


/s/
Eleni Kousoulis, ESQUIRE



/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  November 13, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Richard O. Tolson, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on November 13, 2006, to:

>Edmond Falgowski, Esquire
>Assistant United States Attorney
>1007 Orange Street, Suite 700
>Wilmington, DE  19801

    /s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  November 13, 2006