IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 06-066-SLR |
| RICHARD O. TOLSON, ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 5th day of December, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, December 14, 2006** at **11:00 a.m.**, with the court initiating said call.

　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　United States District Judge