IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Crim. No. 06-066-SLR |
| RICHARD O. TOLSON, | ) ) ) |
| Defendant. | ) ) |

O R D E R

At Wilmington this 11th day of January, 2007,

IT IS ORDERED that an evidentiary hearing is scheduled for **Thursday, February 8, 2007 at 4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge