# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

January 29, 2007

Christopher Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
Suite 110
704 King Street
Wilmington, DE  19801

                Re:   United States v. Richard Tolson
                     Crim. No. 06-066-SLR

Dear Mr. Koyste:

      Enclosed are copies of letters sent by your client to Chief Judge Robinson. The letters will not be docketed by the Clerk's Office nor forwarded to the United States Attorney's Office. Kindly advise your client that the court will not in the future review any correspondence from him so long as he is represented by counsel, unless the correspondence is forwarded to the court through counsel.

      Thank you for your cooperation.

                                        Sincerely,

                                        Maria G. Alvino
                                        Attorney/Office Manager

cc:   Clerk w/out enclosure
       Richard Tolson w/ enclosure