AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

U.S.A.

v.

Richard O. Tolson

**EXHIBIT AND WITNESS LIST**

Case Number: 06-66-cr-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY (Govt.) | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | E. Falgowski, Esq. | C. Koyste, Esq. |
| TRIAL DATE(S) / Hearing Govt. 2/8/07 | COURT REPORTER Gunning | COURTROOM DEPUTY Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 2/8/07 |  | ✓ | map (DiGirolomo) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages