

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building                                                    *(302) 573-6277*
1007 Orange Street, Suite 7100                          *FAX (302) 573-6220*
P.O. Box 2046
Wilmington, Delaware 19899-2046

February 15, 2007

Honorable Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

   Re: **United States v. Richard O. Tolson**
     **Criminal Action No. 06-66-SLR**

Dear Chief Judge Robinson:

  The defendant is prepared to enter a guilty plea pursuant to the terms of the enclosed Memorandum of Plea Agreement. The parties respectfully request that the matter be scheduled for a change of plea hearing.

           Respectfully submitted,

           COLM F. CONNOLLY
           United States Attorney

           By:
           Edmond Falgowski
           Assistant United States Attorney

pc: Christopher Koyste, Esquire

EF:slb
Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-66-SLR |
| | ) | |
| RICHARD O. TOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Richard O. Tolson, by and through his attorney, Christopher Koyste, Esquire, the following agreement is hereby entered into by the respective parties:

1.    The defendant shall enter a plea of guilty to the one count Indictment, charging Possession of a Firearm by a Felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), carrying the maximum penalty of ten years incarceration, a $250,000 fine, three years supervised release, and a $100 special assessment.

2.    The elements of Possession of a Firearm by a Felon are as follows:

a.    The defendant possessed a firearm;

    b.    The defendant's possession was knowing;

    c.    At the time of the defendant's possession, the firearm had affected interstate commerce, and;

    d.    At the time of the defendant's possession he was a convicted felon.

3.    The United States agrees that in consideration of the defendant's timely guilty plea and his affirmative acceptance of responsibility, the Government will recommend a two point reduction in the Offense Level.

4.    The defendant agrees not to contest any State and/or Federal administrative forfeiture proceedings regarding a .38 caliber revolver, manufactured by Rossi, Amadeo & Co., serial number AA356157, seized by Dover Police Department officers on April 8, 2006, and to otherwise forfeit to the United States any interest he may have in that firearm.

5.    The defendant understands that at sentencing the District Court must consult the United States Sentencing Guidelines ("U.S.S.G.") and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. § 3553(a). The defendant further understands that the Government will ask the Court to calculate the appropriate sentence under the U.S.S.G. and to impose a sentence consistent with the U.S.S.G.

6.    It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements

2

made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they

comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney


_____          By:_____
Christopher Koyste, Esquire             Edmond Falgowski
Attorney for Defendant                  Assistant United States Attorney



_____
Richard O. Tolson, Defendant

Dated:



**AND NOW, this _____ day of _____, 2007, the foregoing**

**Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.**



_____
Honorable Sue L. Robinson
United States District Court

3