Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
MAY 29 2007

NIXIE
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 19899001818

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

UNITED STATES OF AMERICA

V.

RICHARD O. TOLSON

**NOTICE**

CASE NUMBER: 06-066-SLR

TYPE OF CASE:

☐ CIVIL　　x CRIMINAL

x TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, Delaware 19801 | Room 100 - First Floor, U.S. Marshal's Office |
| | DATE AND TIME |
| | 6/22/07 at 8:30 a.m. |

TYPE OF PROCEEDING

SENTENCING HEARING

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

PETER T. DALLEO, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*Francesca Tassone*

May 10, 2007
DATE

(BY) DEPUTY CLERK

Scanned

FILED
MAY 2_ _
DISTRICT OF DELAWARE

TO: Richard O. Tolson
　　05165015
　　Salem County Detention
　　125 Cemetery Road
　　Woodstown, NJ 08098