IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-66-SLR |
| | : | |
| RICHARD TOLSON, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF SENTENCING HEARING**

Defendant, Richard Tolson, by and through his undersigned counsel, Cathy A. Jenkins, hereby moves the Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Tolson submits as follows:

1. On or about March 19, 2007, Mr. Tolson appeared before this Court and plead guilty to one count, under Indictment, of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Sentencing is currently set for June 22, 2007.

2. The matter was assigned to Christopher S. Koyste, Assistant Federal Public Defender, as trial counsel.

3. On June 1, 2007, Mr. Koyste resigned from the Federal Public Defender's Office. As such, Cathy A. Jenkins, Assistant Federal Public Defender, was assigned the case as trial counsel.

4. Because of the reassignment, Ms. Jenkins requires additional time to meet with Mr. Tolson and familiarize herself with the case to prepare for sentencing. Additionally, Ms. Jenkins also requires additional time to review the Presentence Report with Mr. Tolson and make comments and

objections, if necessary.

5.   Accordingly, Mr. Tolson believes that, in the interests of justice, a continuance of the Sentencing Hearing is warranted.

6.   Edmond Falgowski, Assistant United States Attorney, counsel for the government, does not oppose this request.

WHEREFORE, it is respectfully requested that this Court issue an Order continuing the Sentencing Hearing in this case for three (3) weeks.

                                        Respectfully Submitted,

                                          /s/
                                        Cathy A. Jenkins
                                        Assistant Federal Public Defender

                                        Attorney for Defendant Richard Tolson

One Customs House
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com


Dated: June 12, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-66-SLR |
| | : | |
| RICHARD TOLSON, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that

Defendant Tolson's Sentencing Hearing shall be on the _____ day of _____, 2007,

at _____ a.m./p.m.

 

 

_____
Honorable Sue L. Robinson
United States District Court