IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-66-SLR |
| RICHARD TOLSON, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing

**IT IS HEREBY ORDERED** this  12th  day of  June , 2007, that Defendant Tolson's Sentencing Hearing shall be on the  19th  day of  July , 2007, at  4:30  a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court